# EXHIBIT B

# IN THE CHANCERY COURT OF SHELBY COUNTY, TENNESSEE
## FOR THE THIRTIETH JUDICIAL DISTRICT

| | |
|---|---|
| EDWARD MUHAMMAD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CH-20-0137 |
| ) | |
| DEUTSCHE BANK NATIONAL TRUST ) | |
| COMPANY, AS TRUSTEE FOR FFMLT ) | |
| 2007-FFB-SS, MORTGAGE PASS- ) | |
| THROUGH CERTIFICATES, SERIES ) | |
| 2007-FFB-SS, MACKIE WOLF ZIENTZ & ) | |
| MANN, P.C., as SUBSTITUTE TRUSTEE, ) | |
| and SPECIALIZED LOAN SERVICING, ) | |
| LLC as attorney in fact for DEUTSCHE ) | |
| BANK NATIONAL TRUST COMPANY, ) | |
| AS TRUSTEE FOR FFMLT 2007-FFB-SS, ) | |
| MORTGAGE PASS-THROUGH ) | |
| CERTIFICATES, SERIES 2007-FFB-SS ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF REMOVAL

Defendants Deutsche Bank National Trust Company, as Trustee tor FFMLT 2007-FFB-SS, Mortgage Pass-Through Certificates, Series 2007-FFB-SS ("Deutsche Bank") and Specialized Loan Servicing, LLC ("SLS" and together with Deutsche Bank, "Defendants") give notice that, pursuant to 28 U.S.C. § 1441, this action is removed to the United States District Court for the Western District of Tennessee, Western Division.

By virtue of law, this matter is now removed and all further proceedings in the Chancery Court of Shelby County are stayed. A copy of the federal Notice of Removal is attached hereto as **Exhibit A**.

Dated February 27, 2020         Respectfully submitted,

                                By: _____
                                Woods Drinkwater (BPRN 33838)

1

NELSON MULLINS RILEY &
SCARBOROUGH LLP
One Nashville Place, Suite 1100
150 Fourth Avenue, North
Nashville, TN 37219
Phone: (615) 664-5307
E-Mail: woods.drinkwater@nelsonmullins.com
*Attorney for Defendants Deutsche Bank National Trust Company, as Trustee tor FFMLT 2007-FFB-SS, Mortgage Pass-Through Certificates, Series 2007-FFB-SS and Specialized Loan Servicing, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Notice of Removal has been served upon counsel of record by the Court's e-filing system and by U.S. Mail, postage prepaid, addressed to:

| | |
|---|---|
| Curtis Johnson<br>1407 Union Avenue<br>Suite 1002<br>Memphis, TN 38104 | Mackie Wolf Zientz & Mann, P.C.<br>7100 Commerce Way<br>Suite 273<br>Brentwood, TN 37027 |

Dated February 27, 2020

Woods Drinkwater